# Exhibit 1

# Bank of America

## Fax Cover Sheet

**Date:** 9/15/11

**To:** MARY - CORP. SECURITY

**Company**

**Telephone Number:** 213- 345- 6837

**Fax Number:** 980- 819- 3245

**From:** Jennifer McDowell-Smith

Mortgage Loan Coordinator

**Department** Sales

**Telephone Number:** 631-847-8251

**Fax Number:** 866-890-5802

**Number of pages including this cover sheet:**

**If transmission problems occur, please call:**

**Message:**

✗ Jennifer McDowell ✗ docs
Case was dismissed
No criminal charge
On my record

The information contained in this FAX message is intended only for the confidential use of the designated recipient named above. This message may contain contractual and proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us by mail.

**PAUL BARAHAL**
Attorney at Law
31 New Mill Road
Smithtown, New York 11787
Tel: (631) 724-5031

September 14, 2011

To Whom It May Concern:

I represented Jennifer McDowell in First District Court of Suffolk County under docket number 2010 SU 35107 on a charge of petit larceny.

✗ The charge was dismissed by Judge Kay on July 21, 2011. ✗

Very truly yours,

[signature]

FROM BANK OF AMERICA HOME LOANS  (THU) SEP 15 2011 9:57/ST. 9:54/No. 6800700594 P 3
Case 1:11-cv-06368-JBW-JO Document 11-1 Filed 02/17/12 Page 4 of 4 PageID #: 34

09/14/2011 18:01   6317248424                PAUL BARAHAL                         PAGE 01

**CERTIFICATE OF DISPOSTION**
DISTRICT COURT OF THE COUNTY OF SUFFOLK

```
THE PEOPLE OF THE STATE OF NEW YORK        DOCKET NUMBER:       2010SU035107
              VS.                          DATE OF BIRTH:       08/26/1979
MCDOWELL, JENNIFER V
215 LAKELAND AVE 6A                        DATE OF ARREST/ISSUE: 04/25/2010
SAYVILLE NY 11782                          SUMMONS #:           A86466251
```

**ARRAIGNMENT CHARGES:**
PL 155.25 00 AM      PETIT LARCENY


DATE OF DISPOSITION: 07/21/2011    JUDGE: KAY,A    PART: ACOD


**DISPOSITIONS:**
PL 155.25 00 AM      PETIT LARCENY
                     DISMISSED AFTER ADJOURNMENT UNDER CPL SECTION 170.55


I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

```
WARREN G. CLARK                    09/14/2011          FEE: NONE
CLERK OF THE COURT                 DATE                NUMBER: 40585
```

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL.)