# Exhibit 2

Back to Search Bank Find

# Your Bank at a Glance as of 02/09/2012.

**Bank of America, National Association** (FDIC Cert: 3510) **is FDIC Insured.**

**Bank of America, National Association** has been FDIC insured since **January 1, 1934.**
It was established on **October 17, 1904.**
Its main office (headquarters) is located at:
   **101 S Tryon St**
   **Charlotte, North Carolina 28202**
   **County of Mecklenburg**

**Bank of America, National Association** has
         2 office(s) located in Melville, New York
**Bank of America, National Association** has **6091** Domestic Branches (Offices) located in **36** state(s) and **2** Offices. (Check to locate Branches (Offices) by state.)

Bank of America, National Association's reported (or primary) website: http://www.bankofamerica.com:80/

**Bank of America, National Association** is chartered as a National Bank. Therefore the primary federal regu **Office of the Comptroller of the Currency (OCC).** For **consumer assistance** regarding an issue with this i please contact the **OCC** directly using http://www.helpwithmybank.gov/.

Calculate your FDIC insurance coverage at Bank of America, National Association using FDIC EDIE at www.fdic.gov/
Last financial information available about Bank of America, National Association.
Historical profile of Bank Of America, National Association.

For additional information please click on one of the following:
 1. For more information on Federal Deposit Insurance, Your Insured Deposits or Insured or Not Insured
 2. View the industry's overall picture - Statistics at a Glance
    (This will open a new window.)
 3. Current Financial data about your bank - Institution Directory – Two years Financial Report
    (This will open a new window.)
 4. Examine your bank's financial data - CALL/TFR Financial Information *12/31/2011 Latest Available*
 5. Study branching and deposit market share - Summary of Deposits/Market Share
 6. Analyze and compare individual institutions and create custom reports - Institution Directory – Compa
 7. Review industry using 8 predefined reports - Statistics on Depository Institutions
 8. Identify the latest performance trends in your state - Quarterly Banking Profile State Tables
    (This will open a new window.)
 9. Analyze institutions and custom peer groups - Statistics on Depository Institutions
 10. View branch office deposit information - Summary of Deposits
 11. Community Reinvestment Act (CRA) Performance Ratings - CRA Performance Ratings
 12. FDIC's Disclaimer - FDIC's Disclaimer

| Key demographic information as of February 9, 2012 |
|---|
| **Bank of America, National Association** |
| 101 S Tryon St |
| Charlotte, NC 28202 |

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 3510 | Date Established: | 10/17/ |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/ |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | More Demographic Information | |
| Primary Internet Web Address: | http://www.bankofamerica.com:80/ | Generate History | |

Information Gateway;

**ID Report Selections:**          **Report Date:**
Demographic Information            September 30, 2011          Generate Report

----------More Information----------

- Current List of Offices
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *12/31/2011 Latest Available*
- FFIEC Uniform Bank Performance Report (UBPR)
- FDIC/OTS Summary of Deposits

- Bank Holding Company Ownership and Affiliates
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OCC CRA ratings
- Consumer Assistance from Primary Federal Regulat

Press 🛈 for description

Home | Contact Us | Search | Help | SiteMap | Forms
Website Policies | Privacy Policy | USA.gov | FDIC Office of Inspector General
Freedom of Information Act (FOIA) Service Center | FDIC Open Government Webpage | No FEAR Act Data

http://www2.fdic.gov/idasp/confirmation.asp?inCert1=3510                                    2/15/2012