# Exhibit 3

# FEDERAL DEPOSIT INSURANCE CORPORATION
WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in

**BANK OF AMERICA, NATIONAL ASSOCIATION**

**CHARLOTTE**

**NORTH CAROLINA**

are insured to the maximum amount provided by the Federal Deposit Insurance Act

No: 3510-6

Attest: _____
EXECUTIVE SECRETARY

In testimony whereof, witness my signature and the seal of the Corporation this 23RD day of JULY, 1999

_____
CHAIRMAN OF THE BOARD OF DIRECTORS