UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
JENNIFER SMITH,  :  **ECF CASE**
:
      Plaintiff,  :
:  Case No. 11 CV 6368-JBW-JO
   v.  :
:  **RULE 7.1 CORPORATE**
BANK OF AMERICA CORP., and BANK OF  :  **DISCLOSURE STATEMENT**
AMERICA, N.A.,  :
:
      Defendants.  :
:
------------------------------------- x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants BANK OF AMERICA CORP. ("BAC") and BANK OF AMERICA, N.A. ("BANA") certify for purposes of potential recusal or disqualification only, and for no other purpose, that:

1.    Defendant BANA is a wholly-owned subsidiary of Defendant BAC.

2.    Defendant BAC is a publicly-held corporation whose shares are traded on the New York Stock Exchange. BAC has no parent company and no publicly-held corporation owns 10% or more of BAC's shares.

Dated: February 17, 2011

                                     **McGUIREWOODS LLP**

                                  By:   s/ Philip A. Goldstein
                                         Philip A. Goldstein (PAG-0908)
                                         *pagoldstein@mcguirewoods.com*
                                         1345 Avenue of the Americas, 7th Floor
                                         New York, New York 10105-0106
                                         (212) 548-2100