UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ x
JENNIFER SMITH,                          :     **ECF CASE**

        Plaintiff,                        :

        v.                               :     Case No. 11 CV 6368-JBW-JO

BANK OF AMERICA CORP., and BANK OF    :     **CERTIFICATE OF SERVICE**
AMERICA, N.A.,

        Defendants.

------------------------------------ x

        This is to certify that I have caused a true and correct copy of the:

- Defendants' Rule 7.1 Corporate Disclosure Statement,

- Defendants' Notice of Motion to Dismiss and/or Strike Portions of Plaintiff's Complaint,

- Declaration Lori McCarthy-Lopez in support of Defendants' Motion to Dismiss and/or Strike Portions of Plaintiff's Complaint; and

- Defendants' Memorandum of Law In Support of Motion to Dismiss and/or Strike Portions of Plaintiff's Complaint;

to be served on Plaintiff Jennifer Smith via ECF and Federal Express to:

                       Thompson Wigdor LLP
                       Douglas H. Wigdor
                       Lawrence M. Peason
                       85 Fifth Avenue
                       New York, NY 10003

Dated: February 17, 2011
       New York, New York

                                                _____s/ Philip A. Goldstein_____
                                                     Philip A. Goldstein

\37233562.1