UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JENNIFER SMITH,

        Plaintiff,

v.

BANK OF AMERICA CORP., and BANK OF AMERICA, N.A.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

Case No. 11 CV 6368 (JBW)(JO)

**CERTIFICATE OF SERVICE**

This is to certify that I have caused a true and correct copy of:

- Defendants' Reply Memorandum of Law In Support Of Their Motion To Dismiss And/Or Strike Portions Of Plaintiff's Complaint, with Compendium Of An Unreported Decision; and

- Affirmation Of Philip A. Goldstein In Support Of Defendants' Reply Memorandum of Law In Support Of Their Motion To Dismiss And/Or Strike Portions Of Plaintiff's Complaint;

to be served on Plaintiff Jennifer Smith via ECF and Federal Express to:

        Thompson Wigdor LLP
        Douglas H. Wigdor
        Lawrence M. Peason
        85 Fifth Avenue
        New York, NY 10003

        Proskauer Rose LLP
        Katherine H. Parker
        Joseph Baumgarten
        Eleven Times Square
        New York, NY 10036

Dated: April 16, 2012
       New York, New York

                                       s/ Philip A. Goldstein
                                         Philip A. Goldstein