UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER SMITH,                                             :    ECF CASE
                                                            :
                          Plaintiff,                        :
                                                            :    Case No. 11 CV 6368-JBW-JO
            v.                                              :
                                                            :
BANK OF AMERICA, CORP., and BANK OF                         :
AMERICA, N.A.,                                              :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Jennifer Smith, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order granting Defendants' motion to dismiss, entered in this action on the 18th day of May, 2012.

Dated: New York, New York　　　　　　　Respectfully submitted,
　　　　　June 13, 2012
　　　　　　　　　　　　　　　　　　　　THOMPSON WIGDOR LLP

　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　Douglas H. Wigdor
　　　　　　　　　　　　　　　　　　　　Lawrence M. Pearson
　　　　　　　　　　　　　　　　　　　　85 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY  10003
　　　　　　　　　　　　　　　　　　　　(212) 257-6800 (Main)
　　　　　　　　　　　　　　　　　　　　(212) 257-6845 (Fax)

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　JENNIFER SMITH