UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JENNIFER SMITH,

                Plaintiff,

     v.

BANK OF AMERICA CORP., and BANK OF AMERICA, N.A.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

11-cv-6368 (JBW) (JO)

**NOTICE OF FILING OF TRANSCRIPT**

     PLEASE TAKE NOTICE that the Defendants are hereby filing the official transcript of the motion hearing held in this matter on May 14, 2012, entitled "Transcript of Civil For Motion Before The Honorable Jack B. Weinstein Senior United States District Judge."  A true and accurate copy of the official transcript is attached as Exhibit A.

Dated: June 25, 2012                          Respectfully submitted,

                                          By:     /s/ Brian E. Spang _____
                                                     Brian E. Spang
                                                     McGUIREWOODS LLP
                                                     77 West Wacker Drive, Suite 4100
                                                     Chicago, IL 60601
                                                     Telephone: (312) 750-3532
                                                     Facsimile: (312) 849-3690
                                                     bspang@mcguirewoods.com

**CERTIFICATE OF SERVICE**

      This is to certify that I have caused a true and correct copy of the foregoing Notice of Filing of Transcript to be served on Plaintiff Jennifer Smith, via ECF, to the following:

> Douglas H. Wigdor
> Lawrence M. Pearson
> Thompson Wigdor LLP
> 85 Fifth Avenue , 5th Floor
> New York, NY 10003
> dwigdor@thompsonwigdor.com
> lpearson@thompsonwigdor.com

and upon:

> Katherine H. Parker
> Joseph Baumgarten
> Proskauer Rose LLP
> Eleven Times Square
> New York, NY 10036
> kparker@proskauer.com
> jbaumgarten@proskauer.com

Dated: June 25, 2012

                By:    /s/ Brian E. Spang
                       Brian E. Spang
                       McGUIREWOODS LLP
                       77 West Wacker Drive, Suite 4100
                       Chicago, IL 60601
                       Telephone: (312) 750-3532
                       Facsimile: (312) 849-3690
                       bspang@mcguirewoods.com

\40173640.1